IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

and

SALLY H. RAMIREZ,

    Plaintiff-Intervenor,

vs.                                                                        No. CIV 08-0501 JB/WPL

BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF DOÑA ANA, NEW MEXICO,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on: (i) the Plaintiff's Motion to Amend Scheduling Order, filed July 11, 2010 (Doc. 255); and (ii) Defendant's Cross Motion to Vacate 7/23/2009 Scheduling Order and to Enter a Second Amended Scheduling Order, for July 12, 2010 (Doc. 262). The Court held a hearing on February 16, 2010. The primary issues are: (i) whether the Court should extend the discovery motions deadline to March 19, 2010; (ii) whether the Court should extend the non-discovery pre-trial motions deadline to April 9, 2010; and (iii) whether the Court should extend the remaining deadlines. For the reasons stated on the record, the Court will grant in part and deny in part these motions, and will impose the remaining case deadlines as follows:

    Deadline to file Discovery Motions:                    March 19, 2010

    Deadline to file Non-Discovery Pretrial Motions:      April 9, 2010

    Pretrial Order from Plaintiff and

     Plaintiff-Intervenor to Defendant:                    June 1, 2010

     Pretrial Order from Defendant to Court:           June 3, 2010

     Motion Hearing:                                May 25, 2010 at 9:00 a.m.

     Pretrial Conference:                         June 4, 2010 at 1:30 p.m.

     Jury Selection/Jury Trial (trailing docket):       June 14, 2010 at 9:00 a.m.

**IT IS ORDERED** that the Plaintiff's Motion to Amend Scheduling Order and the Defendant's Cross Motion to Vacate 7/23/2009 Scheduling Order and to Enter a Second Amended Scheduling Order are granted in part and denied in part.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

*Counsel*:

Gregory Fouratt
  United States Attorney
Michael H. Hoses
Elizabeth M. Martinez
  Assistant United States Attorneys
Albuquerque, New Mexico

-- and --

John M. Gadzichowski
  Section Chief
Carolyn Peri Weiss
  Senior Trial Attorney
Richard S. O'Brien
Jodi B. Danis
Rachel Hranitzky
Lori Beth Kisch
United States Department of Justice
Civil Rights Division, Employment Litigation Section
Washington, D.C.

     *Attorneys for the Plaintiff*

Paul Michael Gayle-Smith
Law Offices of Paul M. Gayle-Smith
Las Cruces, New Mexico

 *Attorney for the Intervenor-Plaintiff*

Rocio Toriz
Alameda, California

-- and --

Raul A. Carrillo, Jr.
Elizabeth B. Driggers
Steven E. Jones
Carrillo Law Firm, P.C.
Las Cruces, New Mexico

 *Attorneys for the Defendant*