**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

and

SALLY H. RAMIREZ,

    Plaintiff-Intervenor,

vs.                                                                                        No. CIV 08-0501 JB/WPL

BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF DOÑA ANA, NEW MEXICO,

    Defendant.

**ORDER**

**THIS MATTER** comes before the Court on the Plaintiff United States' Motion to Compel Defendant's Production of Otherwise Privileged Documents Related to Defendant's Production of Documents, filed January 13, 2010 (Doc. 265). The Court held a hearing on February 16, 2010. The primary issue is whether the Court should compel Defendant Board of County Commissioners of the County of Doña Ana, New Mexico to produce documents in response to requests for production of documents served by Plaintiff United States of America. At the hearing, Raul Carrillo, Doña Ana County's attorney, represented that Doña Ana County now has no opposition to this motion. Carolyn Weiss, Assistant United States Attorney, requested that the Court set a deadline for production, and all parties agreed that March 1, 2010 would be an appropriate deadline. The Court will grant the motion to compel and require Doña Ana County to produce the requested

documents by no later than March 1, 2010.[1]

**IT IS ORDERED** that the Plaintiff United States' Motion to Compel Defendant's Production of Otherwise Privileged Documents Related to Defendant's Production of Documents is granted. Defendant Board of County Commissioners of the County of Doña Ana, New Mexico is thus ordered to produce the requested documents by no later than March 1, 2010.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Gregory Fouratt
  United States Attorney
Michael H. Hoses
Elizabeth M. Martinez
  Assistant United States Attorneys
Albuquerque, New Mexico

-- and --

John M. Gadzichowski
  Section Chief
Carolyn Peri Weiss
  Senior Trial Attorney
Richard S. O'Brien
Jodi B. Danis
Rachel Hranitzky
Lori Beth Kisch
United States Department of Justice
Civil Rights Division, Employment Litigation Section
Washington, D.C.

    *Attorneys for the Plaintiff*

---

[1] As the parties agreed at the hearing, the March 1, 2010 deadline means that the United States must <u>receive</u> the documents by no later than March 1, 2010.

Paul Michael Gayle-Smith
Law Offices of Paul M. Gayle-Smith
Las Cruces, New Mexico

 *Attorney for the Plaintiff-Intervenor*

Rocio Toriz
Alameda, California

-- and --

Raul A. Carrillo, Jr.
Elizabeth B. Driggers
Steven E. Jones
Carrillo Law Firm, P.C.
Las Cruces, New Mexico

 *Attorneys for the Defendant*