# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

and

SALLY H. RAMIREZ,

       Plaintiff-Intervenor,

vs.                                                      No. CIV 08-0501 JB/WPL

BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF DOÑA ANA, NEW MEXICO,

       Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion for Extension of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Compel Responses to Defendant's First Request for Production of Documents and Reply to Plaintiff's Opposition to Defendant's Cross Motion to Vacate 7/23/2009 Scheduling Order and to Enter a Second Amended Scheduling Order, filed February 4, 2010 (Doc. 282). The Court held a hearing on February 16, 2010. The primary issue is whether the Court should allow Defendant Board of County Commissioners of the County of Dona Ana, New Mexico an extension of time to file reply briefs to two motions. At the hearing on this motion, the parties agreed that, based on the Court's other rulings on motions, this motion could be denied as moot. The Court will therefore deny this motion as moot.

**IT IS ORDERED** that the Defendant's Motion for Extension of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Compel Responses to Defendant's First Request for

Production of Documents and Reply to Plaintiff's Opposition to Defendant's Cross Motion to Vacate 7/23/2009 Scheduling Order and to Enter a Second Amended Scheduling Order is denied as moot.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Gregory Fouratt
  United States Attorney
Michael H. Hoses
Elizabeth M. Martinez
  Assistant United States Attorneys
Albuquerque, New Mexico

-- and --

John M. Gadzichowski
  Section Chief
Carolyn Peri Weiss
  Senior Trial Attorney
Richard S. O'Brien
Jodi B. Danis
Rachel Hranitzky
Lori Beth Kisch
United States Department of Justice
Civil Rights Division, Employment Litigation Section
Washington, D.C.

    *Attorneys for the Plaintiff*

Paul Michael Gayle-Smith
Law Offices of Paul M. Gayle-Smith
Las Cruces, New Mexico

    *Attorney for the Intervenor-Plaintiff*

Rocio Toriz
Alameda, California

-- and --

Raul A. Carrillo, Jr.
Elizabeth B. Driggers
Steven E. Jones
Carrillo Law Firm, P.C.
Las Cruces, New Mexico

    *Attorneys for the Defendant*