IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

and

SALLY RAMIREZ                                                No. CIV 08-0501 JB/WPL

    Plaintiff in Intervention,

vs.

BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF DOÑA ANA, NEW MEXICO,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on Plaintiff United States of America and Defendant Board of County Commissioners of the County of Doña Ana, New Mexico's Joint Motion to Stay, filed March 3, 2010 (Doc. 308). On March 31, 2010, the Court signed and entered a settlement agreement resolving the claims between the United States and the Board of County Commissioners. See Settlement Agreement Between the United States and Doña Ana County, New Mexico, filed March 31, 2010 (Doc. 323). Because there is no longer a dispute between the parties that filed this motion to stay, the Court denies this motion as moot.

**IT IS ORDERED** that Plaintiff United States of America and Defendant Board of County Commissioners of the County of Doña Ana, New Mexico's Joint Motion to Stay is denied as moot.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE

*Counsel*:

Gregory J. Fouratt
  United States Attorney
Michael Hoses
Elizabeth M Martinez
  Assistant United States Attorneys
Albuquerque, New Mexico

-- and –

Carolyn Peri Weiss
Jodi B. Danis
John M Gadzichowski
Rachel Hranitzky
Lori Beth Kisch
Richard S. O'Brien
  Trial Attorneys
Employment Litigation Section
Civil Rights Division
United States Department of Justice
Washington, D.C.

    *Attorneys for the Plaintiff*

Paul Michael Gayle-Smith
Law Offices of Paul M. Gayle-Smith
Las Cruces, New Mexico

    *Attorney for Intervenor-Plaintiff Sally Ramirez*

Rocio Toriz
Alameda, California

-- and --

Elizabeth B. Driggers
Las Cruces, New Mexico

-- and --

Raul A. Carrillo, Jr.
Steven E. Jones
Carrillo Law Firm, LLC
Las Cruces, New Mexico

    *Attorneys for the Defendant*