### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    and

SALLY RAMIREZ                                                No. CIV 08-0501 JB/WPL

    Plaintiff in Intervention,

vs.

BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF DOÑA ANA, NEW MEXICO,

    Defendant.

### ORDER

**THIS MATTER** comes before the Court on Defendant Board of County Commissioners of the County of Doña Ana, New Mexico's Agreed Motion for Emergency Hearing on the Joint Motion for Entry of Settlement Agreement and Stipulated Dismissal, filed March 12, 2010 (Doc. 316). The Court held a hearing on March 25, 2010. For the reasons stated on the record, and for further reasons consistent with those already stated, the Court grants in part and denies in part the motion. The Court grants Doña Ana County's motion insofar as it requests an emergency hearing. Insofar as Doña Ana County's motion asks the Court to shorten the period of time in which Plaintiff-Intervenor Sally Ramirez' may respond and state her position with respect to the proposed settlement between Doña Ana County and Plaintiff United States of America, the Court denies the motion. Furthermore, the Court denies the oral request made at the hearing by Paul Gayle-Smith, Ramirez' attorney, for an extension of time for Ramirez to file a written response and to state her

position regarding the settlement.

**IT IS ORDERED** that Defendant Board of County Commissioners of the County of Doña Ana, New Mexico's Agreed Motion for Emergency Hearing on the Joint Motion for Entry of Settlement Agreement and Stipulated Dismissal is granted in part and denied in part. The Court held the emergency hearing, but denied Doña Ana County's request that the Court shorten Plaintiff-Intervenor Sally Ramirez' time to file a written response to the motion for entry of settlement agreement. Ramirez' oral request for an extension of time to state her position regarding the settlement between Doña Ana County and Plaintiff United States of America is also denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Gregory J. Fouratt
  United States Attorney
Michael Hoses
Elizabeth M Martinez
  Assistant United States Attorneys
Albuquerque, New Mexico

-- and --

Carolyn Peri Weiss
Jodi B. Danis
John M Gadzichowski
Rachel Hranitzky
Lori Beth Kisch
Richard S. O'Brien
  Trial Attorneys
Employment Litigation Section
Civil Rights Division
United States Department of Justice
Washington, D.C.

*Attorneys for the Plaintiff*

Paul Michael Gayle-Smith
Law Offices of Paul M. Gayle-Smith
Las Cruces, New Mexico

    *Attorney for Intervenor-Plaintiff Sally Ramirez*

Rocio Toriz
Alameda, California

-- and --

Elizabeth B. Driggers
Las Cruces, New Mexico

-- and --

Raul A. Carrillo, Jr.
Steven E. Jones
Carrillo Law Firm, LLC
Las Cruces, New Mexico

    *Attorneys for the Defendant*