IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

and

SALLY RAMIREZ                                             No. CIV 08-0501 JB/WPL

    Plaintiff in Intervention,

vs.

BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF DOÑA ANA, NEW MEXICO,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion for Extension of Time to Reply to Plaintiff-In-Intervenor's [sic] Response to Defendant's Amended Motion for Judgment on the Pleadings, filed February 22, 2010 (Doc. 299). The Court held a hearing on March 4, 2010. For the reasons stated on the record, and for further reasons consistent with those already stated, the Court denies the motion as moot.

**IT IS ORDERED** that the Defendant's Motion for Extension of Time to Reply to Plaintiff-In-Intervenor's [sic] Response to Defendant's Amended Motion for Judgment on the Pleadings is denied as moot.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

*Counsel*:

Gregory J. Fouratt
  United States Attorney
Michael Hoses
Elizabeth M Martinez
  Assistant United States Attorneys
Albuquerque, New Mexico

-- and --

Carolyn Peri Weiss
Jodi B. Danis
John M Gadzichowski
Rachel Hranitzky
Lori Beth Kisch
Richard S. O'Brien
  Trial Attorneys
Employment Litigation Section
Civil Rights Division
United States Department of Justice
Washington, D.C.

  *Attorneys for the Plaintiff*

Paul Michael Gayle-Smith
Law Offices of Paul M. Gayle-Smith
Las Cruces, New Mexico

  *Attorney for Intervenor-Plaintiff Sally Ramirez*

Rocio Toriz
Alameda, California

-- and --

Elizabeth B. Driggers
Las Cruces, New Mexico

-- and --

Raul A. Carrillo, Jr.
Steven E. Jones
Carrillo Law Firm, LLC
Las Cruces, New Mexico

    *Attorneys for the Defendant*